

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

2004 APR -7  AM 7: 4°

MIDDLE _____ _____ _____
FT. MYERS, FLORIDA

USA,

                       Plaintiff,

v.                                                Case No.  2:04-cv-200-FtM-29DNF

**PLANE 1 LEASING CO., a Wisconsin
corporation doing business in Florida aka Plane
1 Leasing Co., AMBASSADOR AVIATION, an
inactive Florida corporation dba Ambassador
Airways, WALLACE J. HILLIARD, Director
dba Ambassador Airways, RUDI DEKKERS,
Director dba Ambassador Airways,**

                       Defendants.

_____/

# RELATED CASE ORDER
## AND TRACK TWO NOTICE

It is hereby **ORDERED** that, no later than eleven days from the date of the filing of the complaint (or a copy of a notice of removal) in this Court, counsel and any *pro se* party shall comply with Local Rule 1.04(c), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form **NOTICE OF PENDENCY OF OTHER ACTIONS**.  It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track Two** case.  All parties must comply with the requirements established in Local Rule 3.05 for Track Two cases.  Counsel and any unrepresented party shall meet within sixty days after service of the complaint upon any defendant for the purpose of preparing and filing a Case Management



Report. The parties shall utilize the **attached CASE MANAGEMENT REPORT** form. Unless otherwise ordered by the Court, a party may not seek discovery from any source before the meeting. Fed. R. Civ. P. 26 (d); Local Rule 3.05(c)(2)(B). *Plaintiff (or defendant in a removal case) is responsible for serving a copy of this notice and order with attachments upon each party no later than eleven days after appearance of the party.*

April 6, 2004

_____ JOHN E. STEELE _____
John E. Steele
United States District Judge

\_\_\_\_\_ DOUGLAS N. FRAZIER _____          \_\_\_\_\_ SHERI POLSTER CHAPPELL \_\_\_\_
Douglas N. Frazier                                            Sheri Polster Chappell
United States Magistrate Judge                         United States Magistrate Judge

Attachments:   Notice of Pendency of Other Actions [mandatory form]
Case Management Report [mandatory form]
Magistrate Judge Consent / Letter to Counsel
Magistrate Judge Consent Form / Entire Case
Public Notice Regarding Local Rules
Public Notice Regarding PACER

Copies to:   Counsel of Record/*Pro Se* Parties

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

USA,

              **Plaintiff,**

v.                                          Case No.  2:04-cv-200-FtM-29DNF

**PLANE 1 LEASING CO., a Wisconsin corporation doing business in Florida aka Plane 1 Leasing Co., AMBASSADOR AVIATION, an inactive Florida corporation dba Ambassador Airways, WALLACE J. HILLIARD, Director dba Ambassador Airways, RUDI DEKKERS, Director dba Ambassador Airways,**

              **Defendants.**

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(c), I certify that the instant action:

_____   IS            related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                    _____

                    _____

                    _____

                    _____

_____   IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated:

_____
[Counsel of Record or *Pro Se* Party]
[Address and Telephone]

_____
[Counsel of Record or *Pro Se* Party]
[Address and Telephone]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

USA,

                    Plaintiff,

v.                                              Case No.  2:04-cv-200-FtM-29DNF

PLANE 1 LEASING CO., a Wisconsin
corporation doing business in Florida aka Plane
1 Leasing Co., AMBASSADOR AVIATION, an
inactive Florida corporation dba Ambassador
Airways, WALLACE J. HILLIARD, Director
dba Ambassador Airways, RUDI DEKKERS,
Director dba Ambassador Airways,

                    Defendants.
_____/

CASE MANAGEMENT REPORT

The parties have agreed on the following dates and discovery plan pursuant to Fed.R.Civ.P.

26(f) and Local Rule 3.05(c):

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Mandatory Initial Disclosures (pursuant to Fed.R.Civ.P. 26(a)(1) as amended effective December 1, 2000)** [Court recommends 30 days after CMR meeting] | |
| **Certificate of Interested Persons and Corporate Disclosure Statement** [each party who has not previously filed must file immediately] | |
| **Motions to Add Parties or to Amend Pleadings** [Court recommends 1 - 2 months after CMR meeting] | |

| DEADLINE OR EVENT | AGREED DATE |
|---|---|

**Disclosure of Expert Reports**        Plaintiff:
                                              Defendant:
[Court recommends last exchange 6 months before trial and 1 - 2 months before discovery deadline to allow expert depositions]

**Discovery Deadline**
[Court recommends 5 months before trial to allow time for dispositive motions to be filed and decided; all discovery must be commenced in time to be completed before this date]

**Dispositive Motions, *Daubert,* and *Markman* Motions**
[Court requires 4 months or more before trial term begins]

**Meeting *In Person* to Prepare Joint Final Pretrial Statement**
[10 days before Joint Final Pretrial Statement]

**Joint Final Pretrial Statement (*Including* a Single Set of Jointly-Proposed Jury Instructions and Verdict Form (with diskette), Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)**
[Court recommends 6 weeks before Final Pretrial Conference]

**All Other Motions Including Motions *In Limine*, Trial Briefs**
[Court recommends 3 weeks before Final Pretrial Conference]

**Final Pretrial Conference**
[Court will set a date that is approximately 3 weeks before trial]

**Trial Term Begins**
[Local Rule 3.05 (c)(2)(E) sets goal of trial within 1 year of filing complaint in most Track Two cases, and within 2 years in all Track Two cases; trial term ***must not*** be less than 4 months after dispositive motions deadline (unless filing of such motions is waived); district judge trial terms begin on the first business day of each month; trials before magistrate judges will be set on a date certain after consultation with the parties]

**Estimated Length of Trial**  [trial days]

**Jury / Non-Jury**

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Mediation**<br><br>Deadline:<br>Mediator:<br>Address:<br><br>Telephone: | |

[Absent arbitration, mediation is *mandatory*; Court recommends either 2 - 3 months after CMR meeting, or just after discovery deadline]

| | |
|---|---|
| **All Parties Consent to Proceed Before Magistrate Judge** | Yes_____    No_____<br><br>Likely to Agree in Future _____ |

## I.    Meeting of Parties in Person

Lead counsel must meet *in person* and not by telephone absent an order permitting otherwise.

Counsel will meet in the Middle District of Florida, unless counsel agree on a different location.

Pursuant to Local Rule 3.05(c)(2)(B) or (c)(3)(A),[1] a meeting was held in person on

_____ (date) at _____ (time) at _____ (place) and was attended by:

Name                                   Counsel for (if applicable)

## II.    Pre-Discovery Initial Disclosures of Core Information

### A.    Fed.R.Civ.P. 26(a)(1)(C) - (D) Disclosures

Local Rule 3.05(d) provides that these disclosures are mandatory in Track Two cases, and

optional in other cases unless otherwise ordered by the Court. Complete the following in all Track

Two cases and, when applicable, in Track Three Cases:

---

[1]A copy of the Local Rules may be viewed at http://www.flmd.uscourts.gov.

The parties _____ have exchanged _____ agree to exchange (check one)

information described in Fed.R.Civ.P. 26(a)(1)(C) - (D)

on            by       (check one)            _____ (date).

Below is a description of information disclosed or scheduled for disclosure.

### B.    Fed.R.Civ.P. 26(a)(1)(A) - (B) Disclosures

Local Rule 3.05(d) provides that these disclosures are not mandatory except as stipulated by

the parties or otherwise ordered by the Court.  Complete the following when applicable:

The parties _____have exchanged _____ agree to exchange  (check one)

information referenced by Fed.R.Civ.P. 26(a)(1)(A) - (B)   __on __by (check one)

_____ (date).  Below is a description of information disclosed or scheduled for

disclosure.

### III.    Agreed Discovery Plan for Plaintiffs and Defendants

### A.    Certificate of Interested Persons and Corporate Disclosure Statement —

This Court has previously ordered each party, governmental party, intervenor, non-party movant, and Rule 69 garnishee to file and serve a Certificate of Interested Persons and Corporate Disclosure Statement using a mandatory form.  No party may seek discovery from any source before filing and serving a Certificate of Interested Persons and Corporate Disclosure Statement. A motion, memorandum, response, or other paper — including emergency motion — is subject to being denied or stricken unless the filing party has previously filed and served its Certificate of Interested Persons and Corporate Disclosure Statement.  Any party who has not already filed and served the required certificate is required to do so immediately.

Every party that has appeared in this action to date has filed and served a Certificate of Interested Persons and Corporate Disclosure Statement, which remains current:

_____  Yes

_____  No          Amended Certificate will be filed by _____
                      (party) on or before _____ (date).

-8-

**B.      Discovery Not Filed —**

The parties shall not file discovery materials with the Clerk except as provided in Local Rule 3.03. The Court encourages the exchange of discovery requests on diskette. *See* Local Rule 3.03 (f). The parties further agree as follows:

**C.      Limits on Discovery —**

Absent leave of Court, the parties may take no more than ten depositions per side (not per party). Fed.R.Civ.P. 30(a)(2)(A); Fed.R.Civ.P. 31(a)(2)(A); Local Rule 3.02(b). Absent leave of Court, the parties may serve no more than twenty-five interrogatories, including sub-parts. Fed.R.Civ.P. 33(a); Local Rule 3.03(a). The parties may agree by stipulation on other limits on discovery. The Court will consider the parties' agreed dates, deadlines, and other limits in entering the scheduling order. Fed.R.Civ.P. 29. In addition to the deadlines in the above table, the parties have agreed to further limit discovery as follows:

1.      Depositions

2.      Interrogatories

3.      Document Requests

4.      Requests to Admit

5.      Supplementation of Discovery

**D.      Discovery Deadline —**

Each party shall timely serve discovery requests so that the rules allow for a response prior to the discovery deadline. The Court may deny as untimely all motions to compel filed after the discovery deadline. In addition, the parties agree as follows:

**E.      Disclosure of Expert Testimony —**

On or before the dates set forth in the above table for the disclosure of expert reports, the parties agree to fully comply with Fed.R.Civ.P. 26(a)(2) and 26(e). Expert testimony on direct examination at trial will be limited to the opinions, basis, reasons, data, and other information disclosed in the written expert report disclosed pursuant to this order. Failure to disclose such information may result in the exclusion of all or part of the testimony of the expert witness. The parties agree on the following additional matters pertaining to the disclosure of expert testimony:

**F.        Confidentiality Agreements —**

Whether documents filed in a case may be filed under seal is a separate issue from whether the parties may agree that produced documents are confidential. The Court is a public forum, and disfavors motions to file under seal. The Court will permit the parties to file documents under seal only upon a finding of extraordinary circumstances and particularized need. *See Brown v. Advantage Engineering, Inc.*, 960 F.2d 1013 (11th Cir. 1992); *Wilson v. American Motors Corp.*, 759 F.2d 1568 (11th Cir. 1985). A party seeking to file a document under seal must file a motion to file under seal requesting such Court action, together with a memorandum of law in support. The motion, whether granted or denied, will remain in the public record.

The parties may reach their own agreement regarding the designation of materials as "confidential." There is no need for the Court to endorse the confidentiality agreement. The Court discourages unnecessary stipulated motions for a protective order. The Court will enforce appropriate stipulated and signed confidentiality agreements. *See* Local Rule 4.15. Each confidentiality agreement or order shall provide, or shall be deemed to provide, that "no party shall file a document under seal without first having obtained an order granting leave to file under seal on a showing of particularized need." With respect to confidentiality agreements, the parties agree as follows:

**G.        Other Matters Regarding Discovery —**

**IV.    Settlement and Alternative Dispute Resolution.**

**A.        Settlement —**

The parties agree that settlement is

_____  likely _____  unlikely              (check one)

-10-

The parties request a settlement conference before a United States Magistrate Judge.

      yes            no           likely to request in future

**B.**     **Arbitration —**

Local Rule 8.02(a) defines those civil cases that will be referred to arbitration automatically.  Does this case fall within the scope of Local Rule 8.02(a)?

      yes             no

For cases **not** falling within the scope of Local Rule 8.02(a), the parties consent to arbitration pursuant to Local Rules 8.02(a)(3) and 8.05(b):

      yes             no           likely to agree in future

_____ Binding         _____Non-Binding

In any civil case subject to arbitration, the Court may substitute mediation for arbitration upon a determination that the case is susceptible to resolution through mediation.  Local Rule 8.02(b).  The parties agree that this case is susceptible to resolution through mediation, and therefore jointly request mediation in place of arbitration:

      yes             no           likely to agree in future

**C.**     **Mediation —**

Absent arbitration or a Court order to the contrary, the parties in every case will participate in Court-annexed mediation as detailed in Chapter Nine of the Court's Local Rules.  The parties have agreed on a mediator from the Court's approved list of mediators as set forth in the table above, and have agreed to the date stated in the table above as the last date for mediation.  The list

-11-

of mediators is available from the Clerk, and is posted on the Court's web site at
http://www.flmd.uscourts.gov.

    **D.**    **Other Alternative Dispute Resolution —**

    The parties intend to pursue the following other methods of alternative dispute resolution:


Date: _____


Signature of Counsel (with information required by Local Rule 1.05(d)) and Signature of
Unrepresented Parties.


_____    _____


_____    _____


_____    _____


_____    _____


_____    _____

F I L E   C O P Y

Date Printed: 04/07/2004


Notice sent to:

          ___    Mark A. Steinbeck, Esq.
                 U.S. Attorney's Office
                 Middle District of Florida
                 U.S. Courthouse
                 2110 First St., Room 3-137
                 Ft. Myers, FL  33901

                 2:04-cv-00200    sll

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Dear Counsel:

Enclosed with this letter is a communication from the Clerk of this Court affording you the opportunity, with the approval of the U.S. District Judge, to consent to the reference of any part or all of the proceedings in this case to a U.S. Magistrate Judge, including reference for final disposition.

Careful consideration should be given to this option.

To assist the federal courts in coping with dramatically increased caseloads, Congress authorized the reference to a U.S. Magistrate Judge of any part or all of the proceedings in a civil case, both jury and non-jury, upon consent of all parties (28 U.S.C. § 636(c). All of the U.S. District Judges in this District refer cases under this provision to our able and experienced U.S. Magistrate Judges who are almost always able to schedule early and firm trial dates in accordance with the needs of the parties.

Whether to consent to a reference to a U.S. Magistrate Judge is entirely up to you and your client. This case has not been specifically selected for this program; the Clerk sends out this notice in every civil case. If a party declines to consent to a reference, that fact is known only to the Clerk and not to any of the District or Magistrate Judges.

This program has proved to be of great benefit to counsel, client, and the Court.

Sincerely yours,

Patricia C. Fawsett, Chief Judge

Hon. Elizabeth A. Kovachevich

Hon. Ralph W. Nimmons, Jr.

Hon. Harvey E. Schlesinger

Hon. Anne C. Conway

Hon. Steven D. Merryday

Hon. Susan C. Bucklew

Hon. Henry Lee Adams, Jr.

Hon. Richard A. Lazzara

Hon. James D. Whittemore

Hon. John Antoon, II

Hon. John E. Steele

Hon. James S. Moody, Jr.

Hon. Gregory A. Presnell

Hon. Timothy J. Corrigan

AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference – Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

———————————— District of ————————————

|  |  |
|---|---|
| Plaintiff | NOTICE, CONSENT, AND ORDER OF REFERENCE – EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |
| V. |  |
| Defendant | Case Number: |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____ , United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

| _____ | _____ |
|---|---|
| Date | United States District Judge |

NOTE:     RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
United States Courthouse
80 North Hughey Avenue
Orlando, Florida 32801·

Sheryl L. Loesch                                          Elizabeth Warren
Clerk of Court                                           Chief Deputy Clerk

**PUBLIC NOTICE REGARDING THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA**

    To ensure you have a current version of the Local Rules, you must purchase one of the following: a 31/2" floppy disk or 81/2" x 11" paper. The Local Rules are also available through PACER or connect through the Middle District of Florida's WEB site at www.flmd.uscourts.gov.

To Obtain the Local Rules in WordPerfect 5.1 Format on a 31/2" floppy disk:

    You may request the Local Rules on a floppy disk (in WordPerfect 5.1 format). Letters requesting an electronic version of the Local Rules should be mailed to your local Clerk's Office. Such letters should include a statement requesting a floppy disk copy of the Local Rules, a check or money order for $3.00 made payable to the Clerk, United States District Court and a 6"x9" or larger self-addressed, stamped envelope $.60 in postage.

To Obtain the Pre-printed Local Rules on 81/2" by 11" paper:

    You may request the Local Rules pre-printed on 81/2" x 11" paper. Letters requesting a pre-printed copy of the Local Rules should be mailed to your local Clerk's Office. Such letters should include a statement requesting a paper copy of the Local Rules, a check or money order for $3.00 made payable to the Clerk, United States District Court and a 91/2" x 12" or larger self-addressed stamped envelope with $3.95 in postage.

Elizabeth Warren
Chief Deputy Clerk

Revised 7/15/02



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### OFFICE OF THE CLERK
**80 North Hughey Avenue**
**Orlando, Florida 32801-2278**

Sheryl L. Loesch
Clerk of Court

Tel.: 407-835-4222

July 1, 2002

## LOCAL RULES
## UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA

Pursuant to Fed. R. Civ. P. 83, Fed. R. Crim. P. 57, and 28 U.S.C. § 2071, notice is hereby given that the amendments to the Local Rules for the United States District Court, Middle District of Florida, were adopted and implemented by the Court effective July 1, 2002 . The amendments to the Local Rules were reviewed and approved by the Court after a period of public notice and comment. The July 1, 2002 Local Rules have been reprinted in their entirety and supersede all prior versions.

A copy of the Local Rules may be obtained from the Court's Internet site, www.flmd.uscourts.gov. When available, the Court plans to offer printed copies of the Local Rules to the public at the Intake counter in each divisional Clerk's Office. Should you be unable to access the Internet site, please contact the nearest divisional Clerk's Office for a copy printed from the Internet site.

Jacksonville Division
U.S. Courthouse
311 West Monroe Street
Jacksonville, FL 32201

Ocala Division
U.S. Courthouse
207 N.W. Second Ave.
Ocala, FL 34475

Orlando Division
U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Tampa Division
U.S. Courthouse
801 N. Florida Avenue
Tampa, FL 33602

Fort Myers Division
U.S. Courthouse
2110 First Street
Fort Myers, FL 33901

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK



**October 1, 1999**

### PUBLIC NOTICE REGARDING DISCOVERY

Local Rule 3.03 prohibits the filing of discovery material. Discovery items not permitted by local rules will not be accepted by the Clerk's Office. Any discovery material that is either dropped off in a depository box or sent to the Court by US Mail or some other form of delivery service will be returned to the sender. The portion of the Local Rules addressing the non-filing of discovery material is printed below for reference.

**RULE 3.03    WRITTEN INTERROGATORIES; FILING OF DISCOVERY MATERIAL; EXCHANGE OF DISCOVERY REQUEST BY COMPUTER DISK**

(c)    The original of the written interrogatories and a copy shall be served on the party to whom the interrogatories are directed, and copies on all other parties. No copy of the written interrogatories shall be filed with the Court by the party propounding them. The answering party shall use the original of the written interrogatories for his answers and objections, if any; and the original shall be returned to the party propounding the interrogatories with copies served upon all other parties. The interrogatories as answered or objected to shall not be filed with the Court as a matter of course, but may later be filed by any party in whole or in part if necessary to presentation and consideration of a motion to compel, a motion for summary judgment, a motion for injunctive relief, or other similar proceedings.

(d)    Notices of the taking of oral depositions shall not be filed with the Court as a matter of course (except as necessary to presentation and consideration of motions to compel); and transcripts of oral depositions shall not be filed unless and until requested by a party or ordered by the Court.

(e)    Requests for the production of documents and other things, matters disclosed pursuant to Fed. R. Civ. P. 26, and requests for admission, and answers and responses thereto, shall not be filed with the Court as a matter of course but may later be filed in whole or in part if necessary to presentation and consideration of a motion to compel, a motion for summary judgment, a motion for injunctive relief, or other similar proceedings.

Your cooperation in complying with the Local Rules is appreciated. Any questions regarding this practice should be directed to the Clerk's Office in which your case is filed.

| | | | |
|---|---|---|---|
| Jacksonville Division . . . . . . . . . | 904/549-1900 | Orlando Division . . . . . . . . . . . . | 407/835-4200 |
| Tampa Division . . . . . . . . . . . . . | 813/301-5400 | Fort Myers Division . . . . . . . . . | 239/461-2000 |
| Ocala Division . . . . . . . . . . . . . | 352/369-4860 | | |

Rev:
November 26, 2002

**Elizabeth Warren**
**Chief Deputy - Operations**



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### *OFFICE OF THE CLERK*
2110 First Street Room 2-194
Fort Myers, Florida 33901

**Sheryl L. Loesch**
Clerk of Court

Tel.: 239/461-2000
Fax: 239/461-2001

March 14, 2001

# P U B L I C   N O T I C E

The United States District Court for the Middle District of Florida is pleased to introduce its new Internet website. The website address is **www.flmd.uscourts.gov**. The website was designed to provide one source for a wide variety of information of interest to litigants, attorneys, jurors, other courts and agencies, and interested parties.

In addition to general information about the Court, the website contains forms, rules, telephone numbers, courthouse locations and directions, parking information, and specific information regarding each judge. The website contains self-explanatory links such as "About Us," "Local Rules," "Where-To-File," "Holiday Schedule," and "Career Opportunities." The Local Rules are available for viewing or printing in a PDF format. There is a link to "Jury Information" which provides detailed information regarding jury service useful to both jurors summoned for service or for those interested in the jury process. A "Calendar" link provides specific scheduling information for some of our judges. An "Attorney Resource" link provides information on attorney admissions to the Middle District of Florida as well as listing many links to other references useful to the bar. An "Automated Services" link instructs the user on how to view case information, provides information on equipment available for case presentation, and provides details regarding PACER service.

The "Forms and Publications" link is an extremely valuable tool for litigants and counsel. Under this heading, the Court provides one source for many general, civil, criminal, attorney, and prisoner forms. The Court developed a Frequently Asked Question ("FAQ") link to address routine questions that would otherwise require contacting the Court. Finally, the "Judicial Information" link provides biographical information on many of the judges, in addition to providing specific information regarding practice before the individual judges.

The new Internet website will continue to be updated and improved by the Court. A feedback form is provided for your suggestions on helpful additions to the site. The Court encourages frequent use of the site as an additional resource for litigants, attorneys, jurors, other courts and agencies, and interested parties.

---

Jacksonville Division
U.S. Courthouse
311 West Monroe Street
Jacksonville, FL  32201

Ocala Division
U.S. Courthouse
207 N.W. Second Ave.
Ocala, FL  34475

Orlando Division
U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL  32801

Tampa Division
U.S. Courthouse
801 N. Florida Avenue
Tampa, FL  33602

Fort Myers Division
U.S. Courthouse
2110 First Street
Fort Myers, FL  33901

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OFFICE OF THE CLERK
United States Courthouse
80 North Hughey Avenue
Orlando, Florida 32801

**Sheryl L. Loesch**
Clerk of Court

**Elizabeth Warren**
Chief Deputy Clerk

November 4, 1999

## PUBLIC NOTICE
## REGARDING INFORMATION CONTAINED ON PACER

The United States District Court for the Middle District of Florida is pleased to announce that Attorney Status information and the Local Rules are now available on PACER.

PACER, an acronym for Public Access to Court Electronic Records permits subscriber dial-up access to information from the court's civil and criminal databases using a remote personal computer and modem. This service is available days, nights, and weekends.

The Attorney Status information includes the attorney's name, city of practice, date of admission to the Middle District of Florida and his or her standing in the court. The Local Rules includes the full text.

If you are a current subscriber to PACER, no additional registration is required to access the attorney and local rules information. If you are not a subscriber and would like to register, please contact the PACER Service Center at 1-800-676-6856. You may also write to the PACER Service Center at Post Office Box 780549, San Antonio, Texas 78278-0549, or connect through the Middle District of Florida's WEB site at *www.flmd.uscourts.gov.*

Elizabeth Warren
Chief Deputy Clerk

Revised 7/15/02



**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
*OFFICE OF THE CLERK*

Sheryl L. Loesch                                                                         Tel.: 407-835-4222
Clerk of Court                                                                           Fax: 407-835-4228

April 3, 2003

## P U B L I C   N O T I C E
### Policy on Sensitive Information in Case Files Accessible Through PACER

Effective November 4, 2002, the Middle District of Florida enhanced its Public Access to Court Electronic Records (**PACER**)[1] service by providing electronic access to the Court's imaged civil case documents (with the exception of Social Security cases). Any subscriber to PACER will be able to read, download, store and print the full content of imaged documents. The Clerk's Office is not posting documents sealed or otherwise restricted by court order. Please note that under policy set forth by the Judicial Conference of the United States, imaged documents in criminal cases are presently excluded from PACER.

Litigants should not include sensitive information in any document filed with the court unless such inclusion is necessary and relevant to the case. Litigants must remember that any personal information not otherwise protected will be made available over the Internet via PACER. If sensitive information must be included, the following personal data and identifiers must be partially redacted from the pleading:

▸   **Social Security Numbers.** If an individual's social security number must be included in a document, only the last four digits of that number should be used.

▸   **Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of the child should be used.

▸   **Dates of Birth.** If an individual's date of birth must be included in a document, only the year should be used.

▸   **Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers should be used.

In compliance with the E-Government Act of 2002, a party wishing to file a document containing the personal data identifiers specified above may file an unredacted document under seal, which will be retained by the court as part of the record. In that circumstance, the court requires the party to file a redacted copy for the public file.

---

[1] PACER is an electronic public access service that allows users to obtain case information from the federal courts. PACER allows a registered user to access case information through the Internet or a dial-up connection. For more information, please visit pacer.flmd.uscourts.gov.

| Jacksonville Division | Ocala Division | Orlando Division | Tampa Division | Fort Myers Division |
|---|---|---|---|---|
| U.S Courthouse | U.S. Courthouse | U.S. Courthouse | U S Courthouse | U.S Courthouse |
| 311 West Monroe Street | 207 N.W Second Ave. | 80 N Hughey Avenue | 801 N. Florida Avenue | 2110 First Street |
| Jacksonville, FL 32201 | Ocala, FL 34475 | Orlando, FL 32801 | Tampa, FL 33602 | Fort Myers, FL 33901 |



**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
*OFFICE OF THE CLERK*

Sheryl L. Loesch                                                    Tel.: 407-835-4222
Clerk of Court                                                      Fax: 407-835-4228

In addition, exercise caution when filing documents that contain the following:

► **Personal identifying number, such as driver's license number;**

► **Medical records, treatment and diagnosis;**

► **Employment history;**

► **Individual financial information; and**

► **Proprietary or trade secret information.**

Counsel is strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. If a redacted document is filed, it is the sole responsibility of counsel and the parties to be sure that all pleadings comply with the rules of this court requiring redaction of personal data identifiers. The Clerk of Court will not review each pleading for redaction.

This policy does not create a private right of action against the Court, the Clerk of Court, counsel, or any other individual or entity on behalf of any individual or entity that may have identifying information erroneously included in a filed document that is made available on PACER.

---

# PACER

## The United States District Court
## for the Middle District of Florida
## is pleased to announce the new
## PACER public information access service

### NEW DIAL-IN SERVICE

The new dial-in service allows you to retrieve electronic case summaries and docket information on CIVIL cases only using your computer. Now you can have access to an electronic history of civil cases, without having to leave your office. This service is offered virtually around the clock. (Criminal information will be available by mid-1995.)

### SEARCHING

You can search for a case by participant name or case number. Once you find the case you want, you can have the case and docket information transmitted to you, ready to print on your own printer.

### TRACKING

If you are tracking the progress of a case, the PACER system allows you to quickly check if there have been any updates. This means that you can get the latest docket entries and case information when something happens; if there have been no updates, you can confirm this fact in seconds.

### AVAILABILITY

The PACER system is available days, nights, even weekends. All active and recently closed cases are yours for the asking, without having to make repeated trips to the court to review paper records.

### WHAT YOU NEED

- A computer with terminal emulation software
- 14,400, 9600, 2400 or 1200 baud modem

### COST

The cost for the service is $1.00 a minute and access will be billed on a quarterly basis.

### TO REGISTER

To register, please fill out the form on the reverse side, or contact the PACER Service Center at 1-800-676-6856. (In San Antonio call 210/308-3776).

PACER Service Center
P.O. Box 780549
San Antonio, TX 78278-0549

*PACER - Public Access to Court Electronic Records*

# PUBLIC ACCESS TO COURT ELECTRONIC RECORDS
# PACER SERVICE CENTER
# REGISTRATION FORM

(Please Print or Type:)

COURT:                    U.S. District Court, Middle District of Florida

FIRM NAME:              _____

CONTACT PERSON:        _____

ADDRESS:               _____

                       _____

CITY, STATE, ZIP:      _____

PHONE NUMBER:          _____


☐    Check here if you are registering as a U.S. Government Agency

☐    Check here if you are registered with any other court and list the court name and login ids
     assigned to your court.

     _____        _____

     _____        _____

     _____        _____


PLEASE FAX THIS FORM TO (210) 308-3763 OR MAIL TO:

          PACER SERVICE CENTER
          PACER REGISTRATION
          P.O. BOX 780549
          SAN ANTONIO, TX  78278-0549


YOU WILL RECEIVE YOUR LOGIN AND PASSWORD IN THE MAIL WITHIN TWO WEEKS.